PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**FILED**
CLERK, U.S. DISTRICT COURT
06/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

**DOCKET NUMBER** *(Tran. Court)*
19CR03237-001-WQH

**DOCKET NUMBER** *(Rec. Court)*
5:21-cr-00142-JGB

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Cynthia Cano<br>Central District of California | Southern California | San Diego |

**NAME OF SENTENCING JUDGE**
William Q. Hayes
U.S. District Judge

| DATES OF | FROM | TO |
|---|---|---|
| Supervised Release | 03/02/2020 | 03/01/2023 |

**OFFENSE**

18 U.S.C. § 371, Conspiracy to Commit Offense Against the United States, a Class D felony.

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 5/27/21

William Q. Hayes
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

---

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 6/21/21

United States District Judge

rjm
6131221